IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, | No. 2:13-cv-0496-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| AKAGAMO, INC., | |
| Defendant. | |
| _____/ | |

Pending before the court is plaintiff's motion to compel (Doc. 8). A hearing on the motion to compel was held on May 7, 2014, before the undersigned in Redding, California. Attorney Jason Singleton appeared on behalf of plaintiff; attorney Michael Welch appeared on behalf of defendant.

Plaintiff moves to compel the deposition of Tony Morales, the CEO of Akagamo, Inc. Defendant objects to the deposition based on the possibility of having to submit to more than one deposition if the County of Glenn is joined as a party. Plaintiff acknowledged receipt of the requested documents, which resolved the second portion of the motion to compel prior to the hearing.

///

Rule 30 provides that the parties may depose any person, including a party, without leave of court unless the parties have not stipulated to the deposition and the deposition would result in more than 10 depositions being taken, or the deponent has already been deposed in the case. Fed. R. Civ. Proc. 30(a). Otherwise, leave of court is required. Only reasonable written notice is required. Fed. R. Civ. Proc. 30(b). Defendant's objection to the deposition on the speculative possibility that the County of Glenn will be joined as a party and may thereafter wish to depose defendant a second time is not persuasive. Plaintiff is entitled to take defendant's deposition under Rule 30. If the County of Glenn is joined as a party to this action, the court will address further discovery at that time.

Therefore, defendant is required to produce Tony Morales for a deposition. At the hearing, the parties agreed to hold the deposition on May 22, 2014, at 10:00 a.m., at the Holiday Inn[1] in Willows, California.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Doc. 8) is granted;

2. Defendant shall produce Tony Morales for deposition on May 22, 2014, at 10:00 a.m., at the Holiday Inn in Willows, California, unless mutually agreed otherwise; and

3. Discovery is extended for thirty days, limited to the taking of Mr. Morales' deposition.

DATED: May 9, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties thought the hotel in Willows was the Best Western. However, according to the supporting documents with the motion, it appears the prior deposition was scheduled to occur at the Holiday Inn.